UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| Damita Evans | ) CHAPTER 13 CASE NO.  05-60391 |
| | ) |
| DEBTOR | ) |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 106000

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $1.22  into U. S. Treasury Fund 106000 for the following reasons:

1.    That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.    That the debtor's case was completed  in November 2009 and a refund check was sent to the Debtor in the amount of $1.22 in December.

3.    To date the check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $1.22 into U.S. Treasury Fund 106000 on behalf of  Debtor, Damita Evans, whose last known address was 3852 Connecticut Street, Gary, IN 46409.


/s/   **Paul R. Chael**
Paul R. Chael, Trustee
Indiana Attorney #3881-45


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on March 25, 2010 to the attorney for the debtor and the United States Trustee and to the debtor at 3852 Connecticut Street, Gary, IN 46409.


/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015